**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1013

ALVIA L. LACY,

Plaintiff – Appellant,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, Amtrak; LARRY
TAYLOR,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:14-cv-00179-RDB)

Submitted: April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alvia L. Lacy, Appellant Pro Se. Kaiser H. Chowdhry, William J.
Delany, Andrew George Sakallaris, MORGAN LEWIS & BOCKIUS, LLP,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvia L. Lacy appeals the district court's order denying relief on her complaint under 42 U.S.C. § 1983 (2012) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and 42 U.S.C. §§ 2000e (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Lacy v. Nat'l R.R. Passenger Corp., No. 1:14-cv-00179-RDB (D. Md. Dec. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED